UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
YOUNGSTOWN DIVISION

FILED
U.S. BANKRUPTCY COURT
2009 DEC -1 PM 2:52
NORTHERN DISTRICT OF OHIO
YOUNGSTOWN

In the matter of

**TERESA A. BICKERSTAFF**

Debtor(s)

Case No. **05-42484-KW**

Chapter 7

Judge **KAY WOODS**

## NOTICE TO THE CLERK OF SMALL DIVIDENDS AND UNCLAIMED DIVIDENDS

### TO THE CLERK OF THE COURT

The attached check in the amount of $2,411.74 represents the total sum of unclaimed and/or small dividends in this estate and is paid to the court pursuant to 11 U.S.C. Sec. 347(a) and FRBP 3010. The name(s) and addresses of the parties entitled to those unclaimed dividends are as follows:

| Creditor Name and Address | Claim No. | Amount of Dividend |
|---|---|---|
| BICKERSTAFF, TERESA A.<br>406 LINCOLN WAY<br>NILES, OH 44446-2836 | | $2,411.74 |
| Total Unclaimed/ Small Dividends $25.00 or under | | $0.00 |
| Total Unclaimed Dividends Over $25.00 | | $2,411.74 |

Dated: 11/30/2009

/s/ ANDREW W. SUHAR
ANDREW W. SUHAR, Trustee, Reg. No. 0058419
29 E. FRONT STREET, P.O. BOX 1497
YOUNGSTOWN, OH 44501
Telephone: (330) 744-9007
Facsimile: (330) 744-5857